

**United States Department of Justice**

United States Attorney's Office

Western District of Texas - El Paso Division

---

*700 E. San Antonio Ave, Suite 200*     Phone: (915) 534-6884
*El Paso, Texas 79901*                  Facsimile 915.534.6024

September 23, 2025

United States District Clerk
Western District of Texas
525 Magoffin Avenue
El Paso, Texas 79901

      RE:    <u>**U.S. v. GABRIELA DE LA CARIDAD PAMERO-PAZ**</u>
              **COURT NO. : EP-25-MJ-04947-LE**

Dear Sir or Madam:

    This is to request that the undersigned Assistant United States Attorney be <u>**added**</u> as **lead** counsel currently assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith.  <u>**Please terminate the previously assigned AUSA on this case.**</u>  Please change your records to accurately reflect this information.

    Thank you for your attention to this matter.

                              Respectfully submitted,

                              JUSTIN R. SIMMONS
                            UNITED STATES ATTORNEY

By:      /s/_____
      PATRICIA AGUAYO
      Assistant U.S. Attorney
      Texas Bar #24059359
      700 E. San Antonio, Suite 200
      El Paso, Texas  79901
      (915) 534-6884