

**United States Department of Justice**

United States Attorney's Office

Western District of Texas - El Paso Division

*700 E. San Antonio Ave, Suite 200*   Phone: (915) 534-6884
*El Paso, Texas 79901*   Facsimile 915.534.6024

September 23, 2025

United States District Clerk
Western District of Texas
525 Magoffin Avenue
El Paso, Texas 79901

     RE:    <u>U.S. v. GABRIELA DE LA CARIDAD PALMERO-PAZ</u>
             **COURT NO. : EP-25-MJ-04947-LE**

Dear Sir or Madam:

    This is to request that the undersigned Assistant United States Attorney be **added** as **lead** counsel currently assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith.  **Please terminate the previously assigned AUSA on this case.**  Please change your records to accurately reflect this information.

    Thank you for your attention to this matter.

                                Respectfully submitted,

                                JUSTIN R. SIMMONS
                              UNITED STATES ATTORNEY

By:       /s/
        PATRICIA AGUAYO
        Assistant U.S. Attorney
        Texas Bar #24059359
        700 E. San Antonio, Suite 200
        El Paso, Texas  79901
        (915) 534-6884