IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | § |
| Plaintiff, | § § § |
| v. | §  CASE NO. EP:  25-MJ-4947-LE § § |
| **GABRIELA DE LA CARIDAD PALMERO-PAZ** | § § § |
| Defendant. | § § |

## Motion for Pretrial Admission of Certain Evidence

The United States of America respectfully moves this Court for a ruling on the admissibility of certain evidence before the jury trial on October 9, 2025. The United States requests that this motion be heard at the scheduled pretrial conference on October 6, 2025.

### Background

Defendant, Gabriela De La Caridad Palmero-Paz (Defendant), is charged in Counts 2 and 3 of the Misdemeanor Information with unlawfully entering a military property and violating a military regulation. As part of those charges, the government is required to prove the existence of a military installation and of a military regulation.

### Evidence Proffered

The government intends to show that Defendant went upon the Texas National Defense Area (Texas NDA), which is governed by a security regulation. To that effect, the government intends to offer the following exhibits into evidence at trial:

1. From the U.S. General Services Administration, Letter to Mr. David Dentino, USIBWC Parcels – American Dam to Ft. Hancock, TX, regarding land transfer to the Army that is now part of the Texas National Defense Area, with Attached

Maps, dated April 30, 2025. (Govt. Exhibit 7)[1].

2. From the U.S. General Services Administration, Letter to Mr. Ramon Macias, USIBWC Parcels – American Dam to Ft. Hancock, TX, regarding land transfer to the Army that is now part of the Texas National Defense Area, dated April 30, 2025. (Govt. Exhibit 8).

3. From the Department of the Army, General Orders, No. 2025-11, Assignment of Transferred Lands to United States Army Garrison Fort Bliss For Use As National Defense Areas, dated April 30, 2025. (Govt. Exhibit 9).

4. From the Department of the Army, Memorandum of Record, Designation of Transferred Lands to the United States Army Garrison, Fort Bliss, as a Restricted Area and Delegation of Authority to Commander, USNORTHCOM, dated April 30, 2025. (Govt. Exhibit 10).

Exhibits 7 and 8 show the transfer of the would-be Texas NDA land from the International Water and Boundary Commission to the Army. Exhibit 9 is the assignment within the Army of the NDA land to Fort Bliss. Exhibit 10 is the order by the commander of Fort Bliss which establishes the NDA as a restricted and controlled area, subject to military regulations. Exhibits 9 and 10 are available on the public website of the U.S. Army. *See* home.army.mil/bliss/about/national-defense-area-nda-information-and-maps.

Discussion

These public records and documents and statements affecting property interest are self-authenticating and fall within the hearsay exceptions. These documents are self-

---

[1] The exhibits are numbered as they will be listed on the Government's Exhibit List.

authenticating under Rule 902(1). They are public records and records of documents that affect an interest in property, under Rules 803(8) and 803(15). No witness testimony is required to introduce these documents; as such, the government moves to admit these documents in advance of trial.

Conclusion

WHEREFORE, the United States respectfully moves the Court for a ruling admitting Exhibits 7-10 into evidence before trial.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: *Patricia Aguayo*
PATRICIA AGUAYO
Assistant U.S. Attorney
Texas Bar #24059359
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 1st day of October, 2025, a true and correct copy was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the following CM/ECF participants:

Jose Troche, Attorney at Law,
Andrew Steed, Assistant Federal Public Defender,
Attorneys for Defendant

*Patricia Aguayo*
PATRICIA AGUAYO
Assistant U.S. Attorney