

GSA Public Buildings Service
Tel:  (817) 978-3856
Fax: (817) 978-3007
melvin.freeman@gsa.gov

April 30, 2025

<div style="border:2px solid; background:yellow">

**GOVERNMENT EXHIBIT**

CASE NO.: EP:25-MJ-4947-LE

EXHIBIT NO.: **7**

</div>

Mr. David H. Dentino, SES
Deputy Assistant Secretary of the Army,
Installations, Housing & Partnerships
Department of the Army
110 Army Pentagon
Washington, DC 20310

Subject:      USIBWC Parcels – American Dam to Ft. Hancock, TX
              GSA Control Number 7-Z-TX-1211-AA

Dear Mr. Dentino:

On April 29, 2025, you requested a temporary transfer of land in the administrative jurisdiction of the International Boundary and Water Commission, United States Section (USIBWC), into the administrative jurisdiction, custody and accountability of the U.S. Army (Army) for multiple parcels of fee land and appurtenances generally located along the southern border of the United States of America between American Dam and Fort Hancock, TX, comprising approximately 2,000 acres.

GSA Control Number 7-Z-TX-1211-AA is assigned to this land disposition project, which is described in Exhibit 1 and depicted further in Exhibit 2.  The subject property was reported on April 17, 2025, revised on April 29, 2025, as conditionally excess to the needs of the USIBWC.

Accordingly, pursuant to 40 U.S.C. 521, as amended, and acting under authority delegated to me, I hereby assign and transfer administrative jurisdiction, custody and accountability of the property under the terms and conditions of "**Exhibit 1,**" herein made a part of this transfer and which may be amended by the parties at any time, to the Army for a period of **Three (3) years** to expire April 30, 2028, on which date USIBWC immediately resumes full administrative jurisdiction, custody and accountability for the subject property.

This temporary assignment is subject to compliance by the Army with the provisions of the National Environmental Policy Act of 1969, as amended, including the preparation of an environmental impact statement if required.

Mr. John Claudio, Realty Chief, Realty Division, U.S. Section, International Boundary and Water Commission, 325 Golf Course Road, Mercedes, TX 78570, will act for the USIBWC in arranging for the transfer of administrative jurisdiction, custody and accountability of the subject property to the Army.

It is requested that you acknowledge receipt of this communication in the space provided on the enclosed copy of this letter and return it to this office, and that such steps as necessary be taken by your Agency to consummate the transfer.

Sincerely,

*Melvin Freeman*
8647838B3BFF4A5...

Melvin E. Freeman, Director
Office of Real Property Disposition (7PZ)
General Services Administration


Enclosures


Transferee Acknowledgement:

*David Dentino*                    4/30/2025
87356CA44EA14A5...
_____ Date: _____
Name: Mr. David H. Dentino, SES

Title: Deputy Assistant Secretary of the Army,
Installations, Housing & Partnerships




Cc:   Ramon Macias
      Principle Engineer
      United States Section
      International Boundary and Water Commission (USIBWC)
      4191 N. Mesa St.
      El Paso, Texas 79902

# Exhibit 1

Purpose

This temporary transfer of a portion of lands managed by USIBWC is required for establishment of a National Defense Area, said portion of lands hereinafter referred to as the "Property", as described and shown in Exhibit 2.  The agencies have agreed that full mission execution requires that full administrative jurisdiction, custody and accountability of the Property be transferred to the Army for the term defined herein. A more detailed description of the Property is provided in Exhibit 2.  Due to continued mission requirements at the Property, USIBWC submitted a conditional Report of Excess to GSA. At the conclusion of the Army's mission needs for the Property, full administrative jurisdiction, custody and accountability for the Property shall return to the USIBWC. This temporary transfer of jurisdiction is supported and in furtherance of a Memorandum of Understanding, to be executed by the Army, USIBWC, and by agreements with other federal agencies, as appropriate, for multi-agency use of the Property, without further GSA approval.

Term

This temporary transfer is made per 40 U.S.C. 521, as amended, with the understanding of a temporary Federal need for the land described in Exhibit 2 and that the Property will return to the full administrative jurisdiction, custody and accountability of USIBWC after a term of three (3) years from the date of GSA's temporary transfer letter (herein sometimes referred to as the "Term").

Memorandum of Understanding (MOU)

This temporary transfer of administrative jurisdiction, custody and accountability is supported and in furtherance of an agreement, to be executed, between USIBWC and the Army.  The final, signed, dated, and executed MOU(s) and MOU amendments shall include a stipulation that the Army will deliver a copy of such final documents to GSA upon execution by the parties thereto. If necessary to reflect the MOU and any amendments, this Exhibit 1 may be amended to reflect the agreement[s] between USIBWC and the Army.

Property Identification

The Property transferred is roughly located within a 63 mile stretch of land along the Texas-Mexico border between the American Dam, El Paso County and Fort Hancock, TX, Hudspeth County and further delineated from the international boundary (centerline of the Rio Grande) to the dry toe of the flood control levee throughout the reach.  See the map listed in Exhibit 2. Additional maps identifying these parcels may be made in any mutually agreeable format including, but not limited to, an ArcGIS document, reviewed and agreed upon by USIBWC and the Army. Amendments may be made to Exhibit 2 to reflect corrections or changes as needed and mutually agreed to reflect agreement between USIBWC and Army.  GSA approval will not be required for any corrections or changes to Exhibit 2 where the acreage is

within the lands made available as excess by USIBWC in the Report of Excess submitted to GSA by USIBWC on April 17, 2025, revised on April 29, 2025.

<u>Facilitating Transfer of Property Records</u>

During the period of this Federal Transfer, the property title remains in the United States of America and only administrative jurisdiction, custody and accountability for the property is transferred from USIBWC to the Army.  Thereby, this Federal Transfer is made subject to existing licenses, permits, servitudes and rights-of-way for public streets, roads and highways, public utilities, and any other third-party rights.  GSA encourages continued collaboration between agencies including the sharing of records, reports, agreements, title information and documents, and GIS data, in order to facilitate property management and a more complete understanding of the Property.

<u>Temporary and Conditional Transfer</u>

This temporary transfer of administrative jurisdiction, custody and accountability is limited by the Term, noted above, and the conditional nature of the Report of Excess submitted to GSA by USIBWC on April 17, 2025, revised on April 29, 2025. New agreements or new contract terms that extend past the Term of the Federal Transfer shall first require GSA's amendment to extend the expiration date of the term of the Federal Transfer, which shall be withheld if opposed by USIBWC.

<u>Reimbursement</u>

GSA has determined that agreement of the parties to this temporary transfer of excess property adequately addresses the requirements of 40 U.S.C. 522. The MOU with USIBWC governs administration and other costs for custody of the Property to be undertaken by the Army.

<u>Conditions and Agreements</u>

The General Services Administration agrees to temporarily transfer, and the Army agrees to accept, temporary full administrative jurisdiction, custody and accountability for the Property subject to the following terms and conditions:

A. Sixty (60) days prior to the end of the Term or earlier, the Army may request an extension of the Term from GSA who will consult USIBWC prior to approval of any such extension.

B. In the event the Property becomes excess to the needs of USIBWC upon expiration of this Federal Transfer, or earlier, USIBWC shall notify GSA of said excess declaration in writing, and GSA will proceed, in accordance with the conditional Report of Excess, to take the appropriate disposition actions. Similar to reporting real property excess, the Army will also complete a review of the real property records on file, provide information on the Property, and share records with GSA, as appropriate.

C. The Army is restricted from taking actions or making statements concerning disposition of real property rights within the area of this temporary transfer without concurrence of USIBWC. The Army shall furnish to GSA copies of all fully executed documents that effectuate any enduring modification to the Government held real property rights pertaining to the Property.

D. Army and USIBWC may, at any time, seek to convert this temporary transfer of administrative jurisdiction, custody and accountability of the subject property into a permanent Federal Transfer pursuant to 40 U.S.C. 521 and 40 U.S.C. 522 and 41 C.F.R. 102-75.175 et seq. by:

1. USIBWC submission of an updated and non-conditional Report of Excess SF 118 to GSA and any additional necessary property records.

2. Army will submit an updated SF 1334 including reimbursement, for the full fair value (as determined by GSA) for the Property at the time of such decision or request a waiver from reimbursement per 41 C.F.R. 102-75.205 et seq.

# Exhibit 2

The Property consists of multiple parcels of fee land located along the southern border of the United States of America, roughly described as those fee parcels of land extending east from the American Dam at El Paso, TX to about 63 miles to Fort Hancock, TX, and those fee parcels within this 63 miles extending from the international boundary line located at the centerline of the Rio Grande River on the south to the dry side toe of the USIBWC flood control levee, comprising approximately 2,000 acres. USIBWC's conditional Report of Excess limited the excess land to acreage located within the boundaries of the United States of America and the property subject to this temporary transfer is therefore limited to the same, whether or not any land located outside of U.S. boundaries was included in the acreage total, included as part of metes and bounds descriptions or other documents submitted as part of the Report of Excess package, or as shown by map, including but not limited to ArcGIS mapping files.

A summary of parcels and associated acreage is included in the following attachments to Exhibit 2: Attachment 1 - Map and Attachment 2 - Table.

# Attachment 1 – Map



## USIBWC Parcels

### Legend
- ▭ USIBWC Parcels
- ▬ US/Mexico Boundary
- ▬ Existing Border Wall
- ▬ Widths
- △ River Mile Markers

River Mile 0
River Mile 1

233.48 ft
158.36 ft

New Mexico
Texas
Subject Area

0   500   1,000   2,000 Feet

US Army Corps of Engineers®
Fort Worth District



USIBWC Parcels

US Army Corps
of Engineers®
Fort Worth District

Texas

New Mexico

Subject
Area

179.32 ft

River Mile 4

380.42 ft

River Mile 3

River Mile 2

**Legend**

☐ USIBWC Parcels
⎯ US/Mexico Boundary
⎯ Existing Border Wall
△ River Mile Markers
⎯ Widths

0  500  1,000  2,000
Feet

Docusign Envelope ID: CA45D882-B9F6-4FF01-9ABC-B46ED2242795



USIBWC Parcels

US Army Corps
of Engineers®
Fort Worth District

River Mile 11
River Mile 10
River Mile 9
River Mile 8
River Mile 7
River Mile 6
River Mile 5

326.21 ft
302.58 ft
132.72 ft
221.67 ft

Texas
New Mexico
Subject Area

**Legend**

USIBWC Parcels
US/Mexico Boundary
Existing Border Wall
River Mile Markers
Widths

0    1,500    3,000    6,000
Feet

Docusign Envelope ID: CA450A92-B9F6-44F0-9ABC-B46ED2242795



# USIBWC Parcels

## Legend

- ▭ USIBWC Parcels
- ━ US/Mexico Boundary
- ━ Existing Border Wall
- ━ Widths
- △ River Mile Markers

US Army Corps of Engineers®
Fort Worth District



**USIBWC Parcels**

River Mile 17
River Mile 18
285.11 ft
River Mile 19
River Mile 20
741.23 ft
River Mile 21
998.34 ft
River Mile 22
River Mile 23

New Mexico
Texas
Subject Area

### Legend
- ☐ USIBWC Parcels
- — US/Mexico Boundary
- — Existing Border Wall
- — Widths
- △ River Mile Markers

0    1,500    3,000    6,000
Feet

US Army Corps of Engineers®
Fort Worth District



## USIBWC Parcels

River Mile 23

River Mile 24

351.86 ft

River Mile 25

River Mile 26

River Mile 27

River Mile 28

330.74 ft

River Mile 29

River Mile 30

New Mexico

Texas

Subject Area

### Legend
- ▭ USIBWC Parcels
- ▬ US/Mexico Boundary
- ▬ Existing Border Wall
- ▬ Widths
- △ River Mile Markers

0   1,500   3,000        6,000
Feet

US Army Corps of Engineers®
Fort Worth District

Docusign Envelope ID: CA45D882-B5F6-4F01-9ABC-B48ED224C795



# USIBWC Parcels

## Legend

- ▭ USIBWC Parcels
- ▬ US/Mexico Boundary
- ▬ Existing Border Wall
- ▬ Widths
- △ River Mile Markers



USIBWC Parcels

**Legend**
- USIBWC Parcels
- US/Mexico Boundary
- Existing Border Wall
- River Mile Markers
- Widths



USIBWC Parcels

US Army Corps
of Engineers®
Fort Worth District

River Mile 46
River Mile 45
River Mile 44
River Mile 43
River Mile 42
River Mile 41
River Mile 40

292.6

179.86 ft

**Legend**
USIBWC Parcels
US/Mexico Boundary
Existing Border Wall
River Mile Markers
Widths

0    1,500    3,000    6,000
Feet

Docusign Envelope ID: CA4D0882-B9F6-4F01-9A8C-B46ED2242795



USIBWC Parcels

US Army Corps
of Engineers®
Fort Worth District

Texas

New Mexico

Subject Area

N

367.29 ft

River Mile 51

River Mile 52

340.98 ft

River Mile 50

River Mile 49

River Mile 48

292.6 ft

River Mile 47

Legend

USIBWC Parcels
US/Mexico Boundary
Existing Border Wall
△ River Mile Markers
Widths

0   1,500   3,000        6,000
                          Feet

Docusign Envelope ID: CA45D882-B9F6-4F01-9ABC-B46ED2224C795



**USIBWC Parcels**

New Mexico

Texas

Subject Area

River Mile 52

245.01 ft

River Mile 53

River Mile 54

377.78 ft

River Mile 55

River Mile 56

572.46 ft

River Mile 57

258.29 ft

River Mile 58

### Legend

☐ USIBWC Parcels
— US/Mexico Boundary
— Existing Border Wall
— Widths
△ River Mile Markers

0    1,500    3,000    6,000
Feet

US Army Corps
of Engineers®
Fort Worth District



**USIBWC Parcels**

New Mexico

Texas

Subject Area

Fort Hancock

258.29 ft

River Mile 59

River Mile 60

639.34 ft

River Mile 61

183.51 ft

River Mile 62

River Mile 63

River Mile 64

### Legend

- ▭ USIBWC Parcels
- ▬ US/Mexico Boundary
- ▬ Existing Border Wall
- ▬ Widths
- △ River Mile Markers

0   1,500   3,000      6,000
Feet

US Army Corps
of Engineers®
Fort Worth District

# Attachment 2 - Table

| Project Area | Comments | Document Number | Document Suffix | Document Version | EOF LSF Status | acres |
|---|---|---|---|---|---|---|
| | Add Your Comments Here! | 312 | | | | 1.46 |
| American Dam | Add Your Comments Here! | 313 | | | 1 | 0.33 |
| American Dam | Add Your Comments Here! | 314 | | | 1 | 0.07 |
| American Dam | Add Your Comments Here! | 315 | | | 1 | 0.16 |
| American Dam | Add Your Comments Here! | 316 | | | 1 | 0.34 |
| American Dam | Add Your Comments Here! | 317 | | | 1 | 0.38 |
| American Dam | Add Your Comments Here! | 319 | | | 1 | 0.02 |
| American Dam | Add Your Comments Here! | 320 | | | 1 | 0.02 |
| American Dam | Add Your Comments Here! | 321 | | | 1 | 0.01 |
| American Dam | Add Your Comments Here! | 322 | | | 1 | 0.00 |
| American Dam | Add Your Comments Here! | 323 | | | 1 | 0.31 |
| American Dam | Add Your Comments Here! | 324 | | | 1 | 0.15 |
| | Add Your Comments Here! | 301 | | | | 2.45 |
| American Dam | Add Your Comments Here! | 303 | | | 1 | 0.96 |
| American Dam | LSF-304-2 | 304 | | 2 | 1 | 1.29 |
| American Dam | Add Your Comments Here! | 302 | | | 1 | 3.12 |
| American Dam | Add Your Comments Here! | 325 | | | 1 | 0.19 |
| American Dam | Add Your Comments Here! | 325 | | | 1 | 0.20 |
| | Add Your Comments Here! | 326 | | | | 0.19 |
| | Add Your Comments Here! | 328 | | | | 1.79 |
| American Dam | LSF-304-2A | 304 | A | 2 | 1 | 0.31 |
| | Add Your Comments Here! | 330 | | | | 0.14 |
| | Add Your Comments Here! | 331 | | | | 0.29 |
| American Dam | Add Your Comments Here! | 305 | | | 1 | 0.55 |
| | Add Your Comments Here! | 332 | | | | 0.42 |
| | Add Your Comments Here! | 332 | | | | 0.36 |
| | Add Your Comments Here! | 333 | | | | 0.39 |
| | Add Your Comments Here! | 334 | | | | 0.22 |
| | Add Your Comments Here! | 335 | | | | 0.42 |
| | Add Your Comments Here! | 336 | | | | 0.25 |
| | Add Your Comments Here! | 337 | | | | 0.25 |
| | 310E correlates to Tract 8 on the map (pg 130) within LSF-310. This parcel was excessed to the State of Texas. | 310 | | | | 2.23 |
| American Dam | Add Your Comments Here! | 307 | | | 1 | 0.13 |
| American Dam | Add Your Comments Here! | 307 | | | 1 | 0.17 |
| Chamizal | Add Your Comments Here! | 294 | | | 1 | 10.48 |
| | Add Your Comments Here! | 295 | | | | 7.26 |
| | Add Your Comments Here! | 293 | | | | 9.39 |
| | Add Your Comments Here! | 339 | | | | 2.87 |
| | Condemned | 2 | | | | 2.53 |
| Rectification | Condemned | 1 | | 1 | 1 | 1.08 |
| | 4 (TRACT 1) - Map (page 65) | 4 | | | | 2.84 |
| | 4 (TRACT 2) - Map (page 65) | 4 | | | | 1.51 |
| | Map (page 65) | 5 | | | | 3.84 |
| | Map - page 49 | 7 | | | | 8.58 |
| | Map (page 32) | 8 | | | | 5.11 |
| | Documents w/o map | 3 | | | | 1.69 |
| | Map (page 47) | 28 | | | | 0.21 |
| | See: LSF -12, LSF -198, LSF - 199, and LSF -200. - Map (page 92) | 11 | | | | 16.12 |
| | Document - no map | 12 | | | | 13.18 |
| | Map (page 47) | 13 | | | | 3.01 |
| | Map (page 67) | 15 | | | | 3.33 |
| | Map (page 43) | 16 | | | | 3.04 |
| | Map (page 44) | 17 | | | | 1.85 |
| | Map (page 45) | 18 | | | | 1.89 |
| | Map (page 45) | 19 | | | | 2.43 |
| | Map (Page 52) | 20 | | | | 2.67 |
| | Map (page 43) | 26 | | | | 0.72 |
| | Map (Page 49) | 21 | | | | 2.91 |
| | Condemned | 25 | | | | 0.99 |
| | Map (Page 58) | 22 | | | | 0.67 |
| | Map (page 40) | 24 | | | | 1.66 |
| | Condemned | 23 | | | | 1.37 |
| Rectification | Map (page 57) | 30 | | | 1 | 2.23 |
| | No map | 31 | | | | 3.34 |
| | No Map - see LSF-31 and LSF 202 | 32 | | | | 1.28 |
| | See LSF 31 (page 71) and LSF 202 for Map | 34 | | | | 6.87 |
| | Condemned - Map (page 51) | 35 | | | | 2.34 |
| | Map (page 61) | 37 | | | | 4.09 |
| | Map (page 43) | 38 | | | | 10.86 |
| | Map (page 50) | 40 | | | | 19.78 |
| | Map (page 52) | 41 | | | | 8.77 |
| | Map (page 49) | 42 | | | | 5.49 |
| | Map (page 33) | 43 | | | | 2.32 |
| | Map (page 53) | 44 | | | | 3.94 |
| | Map (page 55) | 45 | | | | 7.38 |
| | Add Your Comments Here! | 46 | | | | 1.12 |
| | Condemned | 47 | | | | 1.49 |
| | Map (page 46) | 48 | | | | 4.53 |

| | Description | No. | | | Acres |
|---|---|---|---|---|---|
| | Condemned | 49 | | | 4.64 |
| | Condemned | 50 | | | 0.51 |
| Rectification | LSF 51 (Condemned) Tract 1 | 51 | | 1 | 48.49 |
| | LSF 51 Tract 2 | 51 | | | 15.69 |
| | CONDEMNED (No supporting documents found) | 61 | | | 2.54 |
| | CONDEMNED (No supporting documents found) | 60 | | | 2.44 |
| | CONDEMNED | 59 | | | 3.33 |
| | CONDEMNED | 58 | | | 14.56 |
| | CONDEMNED | 62 | | | 0.20 |
| | No supporting documents found | 73 | | | 0.29 |
| Rectification | No supporting documents found | 74 | | 1 | 0.43 |
| | No supporting documents found | 75 | | | 0.36 |
| | Map page (56) | 77 | | | 4.17 |
| Rectification | LSF 78 | 78 | | 1 | 5.70 |
| | Map (Page 62) | 79 | | | 2.44 |
| Rectification | CONDEMNED (No supporting documents found) | 91 | | 1 | 0.39 |
| Rectification | CONDEMNED (No supporting documents found) | 90 | | 1 | 1.42 |
| Rectification | Map (Page 64) | 89 | | 1 | 2.29 |
| | CONDEMNED (No supporting documents found) | 88 | | | 8.01 |
| | Map (Page 98) | 101 | | | 12.13 |
| | LSF-106 (Condemned) | 106 | | | 6.37 |
| | TRACT-2 | 252 | | | 24.50 |
| | TRACT-1 | 252 | | | 10.76 |
| | Map (Page 45) TRACT 1 | 253 | | | 4.07 |
| | Map (Page 49) Track 5 BLK 62 | 261 | | | 17.97 |
| | LSF 260 Map (Page 36) | 260 | | | 1.90 |
| | Map (Page 38) Warranty Deed page 18 | 264 | | | 13.92 |
| | Map Page 62 (Track B) | 251 | | | 10.81 |
| | See LSF-272 (attached) | 273 | | | 5.76 |
| | LSF 275 Map (Page 48) | 275 | | | 2.54 |
| | LSF 108 | 108 | | | 1.67 |
| | LSF-107 (CONDEMNED)<br>See LSF-107-1 (attached) | 107 | | | 13.96 |
| | See LSF-111, LSF-111-1, LSF-111-2 (attached) | 111 | | | 1.92 |
| | LSF-122 | 122 | | | 2.01 |
| Rectification | Map (page 51) | 131 | 1 | 1 | 1.02 |
| Rectification | Map (page 128) | 128 | | 1 | 1.25 |
| | Map (page 40) | 136 | | | 31.11 |
| | Map (page 45) | 137 | | | 23.51 |
| | Map (page 68) | 134 | | | 1.94 |
| | Map (Page 49) | 130 | | | 2.51 |
| | Map (page 58) | 141 | | | 8.53 |
| | Map (Page 42) | 152 | | | 22.78 |
| | Map (Page 49) | 153 | | | 9.62 |
| | Map (page 67) | 143 | | | 3.58 |
| | No Map (Condemned) | 154 | | | 3.34 |
| | No Map Available<br>LSF-125 (See LSF-124) | 124 | | | 2.56 |
| Rectification | CONDEMNED (No documents) | 123 | | 1 | 0.60 |
| | No Map (Condemned) | 129 | | | 3.67 |
| | (See LSF-184) Map Page 8 | 185 | | | 12.23 |
| | Map (Page 44) | 138 | | | 8.54 |
| | Map (Page 6) | 182 | | | 15.55 |
| | No deed on file | 140 | | | 7.97 |
| | No deed on file | 147 | | | 3.46 |
| | Parcel 10 | 10 | | | 30.30 |
| | Tract 1 | 61 | | | 5.74 |
| | Parcel 63A | 63 | | | 23.61 |
| | Parcel 63B | 63 | | | 7.25 |
| Rectification | Parcel 1 | 1 | | 1 | 4.16 |
| | Parcel 157 | 157 | | | 4.53 |
| | LSF 10 | 10 | | | 5.78 |
| | Parcel 59 | 59 | | | 14.96 |
| | Parcel 35 | 35 | | | 3.49 |
| Chamizal | | 1 | | | 60.07 |
| Chamizal | Map on page 8 indicates owner is the United States of America. Labeled as LSF 292. | 292 A | | 1 | 2.22 |
| | Parcel 20 | 20 | | | 1.94 |
| Rectification | LSF 124 | 124 | | 1 | 7.18 |
| Rectification | | 56 | | 1 | 16.57 |
| | Parcel 24 | 24 | | | 26.61 |
| | Parcel 3 | 3 | | | 24.37 |
| | Tract 1 | 6 | | | 11.59 |
| | Owner - USIBWC International Dam | 1 | | | 4.91 |
| | Parcel 22 | 22 | | | 12.05 |
| Rectification | LSF 304 | 304 | | 1 | 15.68 |
| | LSF 263 | 263 | | | 14.90 |
| | Parcel 12 | 12 | | | 3.66 |
| | Parcel 6 Tract 2 | 6 | | | 32.83 |
| | LSF 39 | 39 | | | 7.99 |

| Description | Number | Value |
|---|---|---|
| LSF 127 | 127 | 0.74 |
| Map (page 103) | 64 | 1.36 |
| Map (page 91) | 63 | 2.00 |
| Map (page 44) | 65 | 0.82 |
| CONDEMNED (See LSF-66 attached) | 66 | 0.98 |
| No supporting documents found | 67 | 0.83 |
| Map (page 46) | 68 | 0.76 |
| No supporting documents found | 69 | 0.83 |
| Map (page 65) | 70 | 0.77 |
| See LSF-64 (attached) | 71 | 0.70 |
| See LSF-63 (attached) | 72 | 0.77 |
| CONDEMNED (No supporting documents found) | 76 | 0.17 |
| CONDEMNED (No supporting documents found) | 76 | 1.34 |
| Parcel 20 | 20 | 0.27 |
| CONDEMNED | 97 | 2.04 |
| Map (Page 65) | 95 | 3.67 |
| CONDEMNED (No supporting documents found) | 94 | 0.82 |
| CONDEMNED | 93 | 0.68 |
| Map (Page 53) | 80 | 3.15 |
| Map (Page 70) | 81 | 3.36 |
| Map (Page 61) | 83 | 1.02 |
| Add Your Comments Here! | 87 | 0.23 |
| A Portion out of Parcel 23 | 23 | 1.29 |
| LSF 92 | 92 | 1.98 |
| Parcel 24 | 24 | 0.42 |
| Parcel 22 | 22 | 0.00 |
| Parcel 22 | 22 | 0.14 |
| Map (page 70) | 98 | 4.96 |
| Map (Page 60) | 99 | 6.78 |
| Map (Page 79) | 100 | 15.28 |
| 102-1 Map (Page 58) / 102-2 Map (Page 55) | 102 | 33.69 |
| Tract 2 | 26 | 0.01 |
| Parcel 32 | 32 | 1.33 |
| Map (Page 55) | 103 | 10.02 |
| Map (Page 84) | 105 | 17.59 |
| Map Page 62 (Track A) | 251 | 20.17 |
| Tract 1B | 161 | 0.00 |
| Parcel 35 | 35 | 0.00 |
| Parcel 34 | 34 | 0.22 |
| Map (Page 45) TRACT-2 | 253 | 21.85 |
| LSF-254 (See LSF-257) Map (Page 59) | 254 | 8.49 |
|  | 255 | 1.03 |
| Map (Page 49) Track 11A-BLK 59 | 256 | 3.52 |
| (See LSF-254) Map (Page 58) | 257 | 2.45 |
| Map (Page 51) Track 2 BLK 60 | 258 | 6.46 |
| Map (Page 59) Track 5 BLK 60 | 259 | 13.20 |
| Parcel 163 | 163 | 0.02 |
| No Map Available (Warranty Deed Page 11) | 262 | 21.85 |
| Map (Page 11) Tract 2B Tract 3 Tract 4 | 266 | 28.72 |
| Map (Page 73) Warranty Deed Page 7 | 268 | 27.69 |
| LSF 270 Map (Page 97) | 270 | 24.28 |
| CONDEMNED | 271 | 0.21 |
| See LSF-273 (attached) | 272 | 0.99 |
| See LSF-272 (attached) | 273 | 0.00 |
| TRACT-1 (CONDEMNED) | 112 | 4.62 |
| Map (Page 43) | 110 | 5.29 |
| See LSF-109, LSF-109-1, LSF-109-2 (attached) | 109 | 5.57 |
| Tract 2 | 173 | 0.01 |
| Map Page 106 | 173 | 0.00 |
| Map Page 106 | 173 | 0.07 |
| Map Page 106 | 173 | 0.18 |
| LSF 263 | 263 | 0.03 |
| Parcel 175 | 175 | 0.28 |
| TRACT-2 (CONDEMNED) | 112 | 19.25 |
|  | 115 | 15.11 |
|  | 116 | 8.66 |
| Map (Page 61) | 119 | 24.47 |
| Map (Page 96) | 120 | 12.94 |
| LSF-117 | 117 | 16.96 |
| LSF-121 (CONDEMNED) | 121 |  |
| LSF-121-E (Excessed 1.46 acres) | 121 | 12.62 |
| Map (Page 64) | 126 | 1.48 |
| TRACT-1 (Condemned) No Map Available | 127 | 1.71 |
| Map (page 51) | 132 | 0.79 |
| Map (page 71) | 133 | 11.88 |
| Map (page 60) | 135 | 15.32 |
| Map (page 6) | 184 | 4.52 |
| Map (Page 6) | 182 | 0.00 |

|  | | |
|---|---|---|
| Parcel 70 | 70 | 0.00 |
| Parcel 70 | 70 | 0.01 |
| Parcel 67 | 67 | 5.48 |
| Map (page 97) | 142 | 10.43 |
| Map (page 52) | 144 | 7.74 |
| Map (page 69) | 148 | 3.33 |
| Map (page 42) | 149 | 2.89 |
| LSF-151 (See LSF-151-E) | 151 | 10.01 |
|  | 145 | 3.49 |
|  | 146 | 4.43 |
| Map on page 49 | 150 | 12.98 |
| LSF 155 - correlates to Tract 1, Map (page 1) | 155 | 5.85 |
| CONDEMNED (No documents) | 180 | 4.11 |
|  | 156 | 0.00 |
|  | 156 | 0.00 |
|  | 156 | 0.00 |
| Chamizal | 1 | 0.00 |
| No map | 31 | 0.02 |
| No map | 31 | 0.05 |
| Condemned - Map (page 51) | 35 | 0.00 |
| Parcel 10 | 10 | 0.00 |
| Parcel 10 | 10 | 0.00 |
| Condemned | 54 | 0.11 |
| Condemned. | 53 | 0.09 |
| CONDEMNED | 62 | 0.02 |
| Map (Page 48) | 194 | 5.49 |
| Map (Page 98) | 101 | 0.18 |
| Map (Page 64) | 250 | 2.37 |
| Parcel 18 | 18 | 45.31 |
| Tract 1 | 26 | 9.05 |
| Tract 2 | 26 | 18.02 |
| Parcel 28 | 28 | 6.77 |
| Parcel 153 Tract 2 | 153 | 1.20 |
| Parcel 153 Tract 1 | 153 | 0.03 |
| Parcel 153 Tract 3 | 153 | 1.30 |
| Map (page 91) | 63 | 0.02 |
| Tract 1A | 161 | 11.48 |
| Tract 1B | 161 | 10.01 |
| Tract 2 | 161 | 12.13 |
| Parcel 155 | 155 | 8.28 |
| Parcel 163 | 163 | 18.71 |
| CANCELLED | 269 | 0.02 |
| Tract 1 | 173 | 0.47 |
| Tract 2 | 173 | 1.96 |
| Map Page 106 | 173 | 36.87 |
| LSF 275 tract 2 Map (Page 48) | 275 | 1.40 |
| LSF 204 | 204 | 4.94 |
| Parcel 41 | 41 | 3.70 |
| Parcel 45 | 45 | 3.90 |
| Parcel 43 | 43 | 3.20 |
|  | 113 | 15.71 |
| Parcel 37 | 37 | 9.32 |
|  | 114 | 5.43 |
| Parcel 49 | 49 | 17.44 |
| Parcel 51 | 51 | 6.05 |
| Parcel 53 | 53 | 43.10 |
| Parcel 55 | 55 | 33.25 |
| Parcel 61 | 61 | 5.55 |
| Parcel 65 | 65 | 14.99 |
| Map (Page 53) | 139 | 0.21 |
| LSF 203 | 203 | 0.42 |
| Parcel 70 | 70 | 14.23 |
| Parcel 72 | 72 | 7.68 |
| Parcel 74 | 74 | 13.78 |
| Parcel 76 | 76 | 13.22 |
| Parcel 82 | 82 | 0.84 |
| Parcel 82 | 82 | 14.80 |
| Parcel 84A | 84 | 5.82 |
| LSF 209 Condemned | 209 | 0.77 |
| LSF 183 | 183 | 2.61 |
|  | | **1941.38** |