**GOVERNMENT EXHIBIT**
CASE NO.: EP: 25-MJ-4947-LE
EXHIBIT NO.: 9

GENERAL ORDERS } GO 2025–11
NO. 2025–11

HEADQUARTERS
DEPARTMENT OF THE ARMY
WASHINGTON, DC, *30 April 2025*

## ASSIGNMENT OF TRANSFERRED LANDS TO UNITED STATES ARMY GARRISON FORT BLISS FOR USE AS NATIONAL DEFENSE AREAS

**1. ASSIGNMENT OF TRANSFERRED LANDS FOR USE AS NATIONAL DEFENSE AREAS.** This order is effective on the date of any General Services Administration letter assigning and transferring accountability of, and jurisdiction over, certain lands and interests in lands (hereinafter collectively referred to as "property") from the International Boundary and Water Commission to the Department of the Army pursuant to Title 40, United States Code, section 521. Administrative jurisdiction and accountability over such transferred property is hereby assigned to United States Army Garrison Fort Bliss (Real Property Unique Identifier: 4985) for use as national defense areas. This property transfer supports the national emergency established in Presidential Proclamation 10886, dated 20 January 2025, consistent with Executive Order 14167, dated 20 January 2025, and directed by National Security Presidential Memorandum-4 (Military Mission for Sealing the Southern Border of the United States and Repelling Invasions), dated 11 April 2025. Exercise of all necessary authority, direction, and command and control over the transferred property will be in accordance with Army Regulation 600–20.

**2. REAL PROPERTY ACCOUNTABILITY.** The Commanding General, United States Army Materiel Command is designated the Real Property Accountable Officer for these lands and will promptly register land sites, as they are acquired, in the Army Accountable Property System of Record pursuant to Department of Defense Instruction 4165.14.

[SAIE-IH]

Dan Driscoll
*Secretary of the Army*

DISTRIBUTION: This publication is available in electronic media only and is intended for the Regular Army, Army National Guard/Army National Guard of the United States, and U.S. Army Reserve.