

**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 1ST ARMORED DIVISION AND FORT BLISS
11685 SERGEANT MAJOR BOULEVARD
FORT BLISS, TX 79918-6818

FBTX-CG (600-20)                                        30 April 2025

MEMORANDUM FOR RECORD

SUBJECT: Designation of Transferred Lands to the United States Army Garrison, Fort Bliss, as a Restricted Area and Delegation of Authority to Commander, USNORTHCOM

1. As Senior Commander, US Army Fort Bliss, I hereby designate the unencumbered lands and interests ("property") transferred to the Department of the Army pursuant to General Services Administration letter dated 30 April 2025, which has been further assigned to me by the Secretary of the Army under Army General Orders No. 2025-11, dated 30 April 2025, as a Restricted Area in accordance with Army Regulation (AR) 190-13, The Army Physical Security Program, 27 June 2019.

2. I have further determined that to provide additional safeguards, the property is designated as a Controlled Area as defined in AR 190-13.

3. Pursuant to Army Regulation 600-20, para. 2-5b(3)(a)6, I delegate to Commander, USNORTHCOM, the duties and responsibilities for installation security support functions necessary to carry out the mission assigned in Executive Order 14167 throughout the above-described property. These duties and responsibilities may be further delegated as necessary to execute the mission assigned to USNORTHCOM.

4. The point of contact for this memorandum is the 1AD Home Station Mission Command Chief of Staff, ▮▮▮ ▮▮▮▮▮▮ ▮▮▮, who can be reached at ▮▮▮▮▮▮▮▮ or ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

*[signature]*

CURTIS D. TAYLOR
Major General, USA
Commanding