# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **Plaintiff,** § | |
| § | **CAUSE NO. EP-25-MJ-4947-LE** |
| v. § | |
| § | |
| **GABRIELA DE LA CARIDAD** § | |
| **PALMERO-PAZ,** § | |
| § | |
| **Defendant.** § | |

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Description | Admissibility |
|---|---|---|
| 1. | Map – Google | |
| 2. | Photograph – east of Tornillo POE, El Paso County | |
| 3. | Photograph – east of Tornillo POE, El Paso County | |
| 4. | Photograph – National Defense Area Warning Sign | |
| 5. | I-213, Record of Deportable/Inadmissible Alien (First Page – Redacted), dated 9/1/25 | |
| 6. | Recording, Border Patrol Radio Transmission, dated 9/1/25 | |
| 7. | Letter from General Services Administration to Mr. David Dentino, ref. USIBWC Parcels, dated 4/30/25 | |
| 8. | Letter from General Services Administration to Mr. Ramon Macias, ref. USIBWC Parcels, dated 4/30/25 | |
| 9. | Department of the Army, General Orders, No. 2025-11, Assignment of Transferred Lands, dated 4/30/25 | |

| 10. | Department of the Army, Memorandum of Record, Designation of Transferred Lands, dated 4/30/25 | |

                              Respectfully submitted,

                              JUSTIN R. SIMMONS
                              UNITED STATES ATTORNEY

By:    *Patricia Aguayo*
        PATRICIA AGUAYO
        Assistant U.S. Attorney
        Texas Bar #24059359
        700 E. San Antonio, Suite 200
        El Paso, Texas 79901
        (915) 534-6884

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 2nd day of October, 2025, a true and correct copy was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the following CM/ECF participants:

Jose Troche, Attorney at Law,
Andrew Steed, Assistant Federal Public Defender,
Attorneys for Defendant

                                                     *Patricia Aguayo*
                                                 PATRICIA AGUAYO
                                                 Assistant U.S. Attorney