UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| USA § § | |
| vs. § | NO: EP:25-M-04947(1) |
| § § | |
| (1) GABRIELA DE LA CARIDAD PALMERO-PAZ § | |

## JUDGMENT OF ACQUITTAL

Defendant, GABRIELA DE LA CARIDAD PALMERO-PAZ, was found not guilty by a jury.

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant, GABRIELA DE LA CARIDAD PALMERO-PAZ, is acquitted, discharged, and any bond exonerated.

IT IS FURTHER ORDERED THAT GABRIELA DE LA CARIDAD PALMERO-PAZ, be released from the custody of the United States Marshal Service immediately.

IT IS SO ORDERED this **10th day of October, 2025.**

LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE